UST-31, 3-03

BRIAN J. MULLEN
Bankruptcy Trustee
P.o. Box 32247
Phoenix, AZ 85064
(602) 283-4468

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| QUIJADA JR, MANUEL DAVID | ) | CASE NO. 08-07469-PHX-GBN |
| POMEROY, JEAN ELIZABETH | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

BRIAN J. MULLEN, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 7A | Arizona Department of Revenue<br>Special Operations Unit<br>1600 W. Monroe, 7th Floor<br>Phoenix, AZ 85007 | $0.51 |

January 4, 2011                                         /s/
    DATE                                        BRIAN J. MULLEN, TRUSTEE